IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Michael McMillan and Heather McMillan,<br><br>Plaintiff,<br><br>Vs.<br><br>Stanley Black and Decker Inc., Black & Decker (U.S.), Inc., DeWalt Industrial Tool Company, and Lowe's Home Centers, LLC;<br><br>Defendants. | Civil Case No.: _____<br>4:24-cv-6566-JD<br><br><br>**NOTICE OF REMOVAL** |

**TO:     THE UNITED STATES DISTRICT COURT:**

Now Comes the Defendants, Stanley Black & Decker, Inc., improperly named as Stanley Black and Decker Inc., and Black & Decker (U.S.) Inc., improperly named as Black & Decker (U.S.), Inc. (hereinafter referred to as "These Defendants"), who hereby remove this civil action to the United States District Court for the District of South Carolina pursuant to 28 U.S.C. 1441(b), and in support thereof states:

1.      This is a civil action in which the Plaintiffs are seeking to recover for damages allegedly suffered as a result of an accident on or about June 7, 2024, in Horry County.

2.      Plaintiffs filed suit on October 10, 2024, in the Court of Common Pleas, Horry County, South Carolina, which is within the Florence Division of this Court. 28 U.S.C. § 121(3). The Plaintiffs' Complaint is attached to this Notice. (**Exhibit A:** Complaint).

3.      In their Complaint, Plaintiffs allege that they are residents of South Carolina. (¶¶ 1 and 2).

4.      Defendant Stanley Black & Decker, Inc. is a corporation organized under the laws of the State of Connecticut with its principal place of business in the State of Connecticut.

1

5.      Defendant Black & Decker (U.S.) Inc. is a corporation organized under the laws of the State of Maryland with its principal place of business in the State of Maryland.

6.      Defendant Lowes Home Centers, LLC is a limited liability company organized under the law of the State of North Carolina with its principal place of business in the State of North Carlina.  Lowes Home Centers, LLC is comprised of six managing members, Beth MacDonald, Richard J. Goodman, David B. Hardy, David R. Green, Dan C. Griggs, and Jill S. Miller, who are all residents of the State of North Carolina.

7.      The remaining party named as a Defendant, DeWalt Industrial Tool Company, is a registered trade name owned by Defendant Black & Decker (U.S.) Inc. and is not a juridical person or legal entity and therefore cannot be named as a party to this litigation.

8.      Certain actions brought in the state court may be removed to Federal Court pursuant to 28 U.S.C. § 1441(a).  The procedure for removal to Federal Court is governed by 28 U.S.C. § 1446.

9.      There is a complete diversity of citizenship between the Plaintiffs and Defendants. Plaintiffs are citizens of the State of South Carolina, and the Defendants are citizens of the States of Connecticut, Maryland, and North Carolina.

10.     The amount of controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff's Complaint alleges that Plaintiff Michael McMillan became blind in one eye as a result of alleged product defects, has undergone three surgeries, and will require future medical treatment.  Plaintiff Heather McMillan alleges additional damages for Loss of Consortium.  Lastly, Plaintiffs claim punitive damages as well, which must be included in the calculation of the amount in controversy pursuant to *American Health and Life Ins. Co. v. Heyward,* 272 F. Supp.2d 578, 581 (D.S.C. 2003).  As such, the amount in controversy is satisfied.

2

11.     Moreover, this case is removed within 30 days of the Defendant receiving written notice of the Plaintiff's Complaint.

12.     Defendants Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc. were served on October 21, 2024.

13.     Defendant Lowe's Home Centers, LLC was served on October 21, 2024, and has affirmed by email dated November 12, 2024 that that they consent to this removal.

14.     Pursuant to the provisions of 28 U.S.C. § 1446 (a), These Defendants are attaching all process and pleadings served by them or to them in the state court action.

15.     These Defendants will provide notice of this removal to the Clerk of Court of Horry County Court of Common Pleas and shall request an Acknowledgement from the Clerk and, upon receipt, will file it with this Court.

WHEREFORE, These Defendants respectfully file this Notice of Removal so that this case may proceed in the United States District Court, District of South Carolina, Florence Division, and that no further proceedings be held in said case in the Court of Common Pleas, County of Horry, State of South Carolina, and for other further relief as this Court deems just and proper in the circumstances.

**RICHARDSON, PLOWDEN & ROBINSON, P.A.**

*s/James H. Elliott, Jr.*_____
James H. Elliott, Jr. (SC Fed. Bar No.: 07043)
Cameron D. Berthelsen (SC Fed. Bar No.: 13434)
235 Magrath Darby Blvd., Ste. 100
Mt. Pleasant, SC 29464
Tele: 843-805-6550
Fax: 843-805-6599
jelliott@richardsonplowden.com
cberthelsen@richardsonplowden.com

*Attorneys for Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.*

November 18, 2024
Mount Pleasant, South Carolina